UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUL 13 PM 4: 44

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

THOMAS WESLEY SCRUGGS,
    Plaintiff,

v.

Civil No. 03-2518-V

BOARD OF EDUCATION OF THE MEMPHIS CITY SCHOOLS,
JOHNNIE WATSON and BOB ARCHER.
    Defendants.

## JUDGMENT IN CIVIL CASE

    This action came before the Court on the defendant's motion for summary judgment filed March 25, 2005.

    **Decision by Court.** For the reasons stated in the Order Granting Defendant's Motion for Summary Judgment, the court finds that there are no genuine issues of material fact.

    Memphis City Schools is entitled to a judgment as a matter of law. The defendant's motion for summary judgment is granted.

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

July 13, 2005
Date

THOMAS M. GOULD
_____
Clerk

_Earline Drayer_
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-14-05

(60)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 60 in case 2:03-CV-02518 was distributed by fax, mail, or direct printing on July 14, 2005 to the parties listed.

---

Michael R. Marshall
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Prince C. Chambliss
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Ernest G. Kelly
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Paul Forrest Craig
LAW OFFICE OF PAUL FORREST CRAIG
100 N. Main St.
Ste. 923
Memphis, TN 38103

Honorable Diane Vescovo
US DISTRICT COURT